AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

|  |  |  |
|---|---|---|
| ALBERT DYTCH<br>*Plaintiff(s)*<br>v.<br>STANDARD & SPECIALTY, LLC dba STANDARD FARE; (see attachment)<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. CV 19-7299 TSH |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   Standard & Specialty, LLC, 1111 Broadway, 24th Floor Oakland, CA 94607
   Kenneth J. Schmier, 53 Corte Del Coronado Larkspur, CA 94939
   Jonah Hendrickson, 4120 Montgomery Street Oakland, CA 94611
   Nicole Doreen Saleta, 4120 Montgomery Street Oakland, CA 94611
   Jacob B. Aftergood, 10479 Wellworth Avenue Los Angeles, CA 90024

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 11/7/2019

*Signature of Clerk or Deputy Clerk*

KENNETH J. SCHMIER, as Trustee of the ERIC S. SCHMIER 2010 LIVING TRUST dated May 10, 2010, as amended and restated, and as Trustee of the KENNETH J. SCHMIER 2010 SEPARATE PROPERTY TRUST dated February 24, 2010; JONAH HENDRICKSON, Trustee of the HENDRICKSON/SALETA FAMILY REVOCABLE TRUST of September 29, 2011; NICOLE DOREEN SALETA, Trustee of the HENDRICKSON/SALETA FAMILY REVOCABLE TRUST of September 29, 2011; JACOB B. AFTERGOOD,

*Dytch v. Standard & Specialty, LLC, et al.*
Attachment Proposed Summons