Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Albert Dytch

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANDARD & SPECIALTY, LLC dba STANDARD FARE; KENNETH J. SCHMIER, as Trustee of the ERIC S. SCHMIER 2010 LIVING TRUST dated May 10, 2010, as amended and restated, and as Trustee of the KENNETH J. SCHMIER 2010 SEPARATE PROPERTY TRUST dated February 24, 2010; JONAH HENDRICKSON, Trustee of the HENDRICKSON/SALETA FAMILY REVOCABLE TRUST of September 29, 2011; NICOLE DOREEN SALETA, Trustee of the HENDRICKSON/SALETA FAMILY REVOCABLE TRUST of September 29, 2011; JACOB B. AFTERGOOD,<br><br>　　　　Defendants. | Case No. 3:19-cv-07299-TSH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

1. WHEREAS, Defendants have not filed an answer or motion for summary judgment;
2. WHEREAS, Plaintiff and Defendants have settled the matter;
3. WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 28, 2020               MOORE LAW FIRM, P.C.

                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff,
                                      Albert Dytch